IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ARDELL LEVERT JENKINS,           )
                                 )
            Plaintiff,           )
                                 )
vs.                              )     No. CIV-14-1298-C
                                 )
FEDERAL TRANSFER CENTER, et al., )
                                 )
            Defendants.          )

ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on December 29, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the complaint is dismissed without prejudice.

IT IS SO ORDERED this 29th day of January, 2015.

ROBIN J. CAUTHRON
United States District Judge